AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KARL ERWIN KING,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 120-129

RONALD BRAWNER, Warden,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated December 8, 2020, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, Petitioner's Petition brought pursuant to 28 U.S.C. § 2254 is DISMISSED without prejudice. Furthermore, Petitioner is denied a certificate of appealability in this case, in which Petitioner is not entitled to appeal in forma pauperis. This case stands CLOSED.



12/08/2020  
*Date*

John E. Triplett, Acting Clerk  
*Clerk*

*Jamie Hodge*  
*(By) Deputy Clerk*

GAS Rev 10/2020